**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cintia Josefina Paez-Robles, | No. CV-26-01405-PHX-DWL |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 9). The R&R, which was issued on May 28, 2026, recommends that the petition be denied and further provides that "the parties shall have 14 days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." (Doc. 9 at 4-5.)

Here, no such objections have been filed and the 14-day deadline has expired. Thus, the Court adopts the R&R. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations

de novo *if objection is made*, but not otherwise.”).

Accordingly,

**IT IS ORDERED** that the R&R’s recommended disposition (Doc. 9) is **accepted**, that the Petition (Doc. 1) is **denied**, and that the Clerk of Court shall enter judgment accordingly.

Dated this 22nd day of June, 2026.

Dominic W. Lanza
United States District Judge

- 2 -